IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARTIN RODRIGUEZ-FLORES, §
 §
    Petitioner, §
 §
v. § 2:16-CV-135
 §
UNITED STATES OF AMERICA, §
 §
    Respondent. §

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by petitioner MARTIN RODRIGUEZ-FLORES. On October 30, 2017, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that petitioner's motion to vacate be dismissed. No objections to the Findings, Conclusions and Recommendation have been filed as of this date.

Having made an independent examination of the record in this case and having examined the Findings, Conclusions and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Findings, Conclusions and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this __21st__ day of ____November____ 2017.

    __s/ Mary Lou Robinson__
    MARY LOU ROBINSON
    UNITED STATES SENIOR DISTRICT JUDGE